## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

LEVELTREE CONSULTING,
INC.,

                               Plaintiff,

                                               Civ. No. 05-1344 (RHK/JSM)

                                               **ORDER**

v.

MARK A. AMBERT, and
DOREEN M. AMBERT,

                                Defendants.

---

       The Court was informed that the Plaintiff corporation is not represented by counsel in this matter.  On July 27, 2005, this Court filed the following Order:

> Within fourteen (14) days after the date of this order, Plaintiff shall have retained an attorney to represent it in this matter, and that attorney shall have filed a formal notice of appearance as counsel of record for Plaintiff, failing which this action will be summarily dismissed without prejudice.

(Doc. No. 4.)  Fourteen days has since passed, and no attorney has filed a formal notice of appearance as counsel of record for Plaintiff.  In addition, Plaintiff has filed three motions pro se: (1) Plaintiff's Motion for Summary Judgment (Doc. No. 5); (2) Plaintiff's Motion in Limine (Doc. No. 9); and (3) Plaintiff's Motion for Default Judgment (Doc. No. 10).

       Accordingly, based upon the foregoing, and all of the files, records, and proceedings herein, **IT IS ORDERED**:

       1.        Plaintiff's Motion for Summary Judgment (Doc. No. 5) is **DENIED**;

2.       Plaintiff's Motion in Limine (Doc. No. 9) is **DENIED**;

3.       Plaintiff's Motion for Default Judgment (Doc. No. 10) is **DENIED**; and

4.       Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITHOUT**

**PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated: August 12, 2005                                    s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge